| | |
|---|---|
| 1 | MICHAEL O. LAMPHERE (SBN 144219) |
| | LAMPHERE LAW OFFICES |
| 2 | 900 Larkspur Landing Circle, Suite 179 |
| | Larkspur, California 94939 |
| 3 | Telephone: (415) 461-9727 |
| | Facsimile: (415) 461-9725 |
| 4 | |
| | Attorneys for Plaintiffs |
| 5 | STEVEN H. SCHROEDER and |
| | HENRY SCHROEDER |
| 6 | (a.k.a STEVEN HENRY SCHROEDER) |
| 7 | KEVIN V. RYAN (SBN 118321) |
| | United States Attorney |
| 8 | JOANN M. SWANSON (SBN 88143) |
| | Chief, Civil Division |
| 9 | LETITIA R. KIM (SBN 200142) |
| | Assistant United States Attorney |
| 10 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 11 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7181 |
| 12 | Facsimile: (415) 436-6748 |
| | Email: letitia.r.kim@usdoj.gov |
| 13 | |
| | Attorneys for Defendants |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STEVEN H. SCHROEDER; HENRY SCHROEDER (a.k.a. STEVEN HENRY SCHROEDER), | ) ) ) | Case No. C 06-4498 WHA |
| | ) | [PROPOSED] ORDER EXTENDING |
| | ) | MEDIATION DEADLINE |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA; CHRISTOPHER A. JOHNSON, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the parties' joint motion to extend the mediation deadline, and pursuant to their stipulation, the Court hereby GRANTS the motion and extends the mediation deadline to April 27, 2007. No other dates will be affected by this extension.

[Prop.] Ord. Extending Mediation Deadline
Case No. C 06-4498 WHA         -1-

IT IS SO ORDERED.

Dated: February 5, 2007

_____
WILLIAM H. ALSUP
United States District Judge

[Prop.] Ord. Extending Mediation Deadline
Case No. C 06-4498 WHA                -2-