## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby dismisses defendant Christopher A. Johnson from this action.

IT IS SO ORDERED.



Dated: February 5, 2007

_____
WILLIAM H. ALSUP
United States District Judge

Stip. & [Prop.] Order to Dismiss Johnson
Case No. C 06-4498 WHA                -3-