# [PROPOSED] ORDER

Pursuant to the parties' stipulation and the legal authority cited therein, the Court hereby strikes plaintiffs' demand for a trial by jury, and orders that trial will be by the Court.

IT IS SO ORDERED.

Dated: February 5, 2007



WILLIAM H. ALSUP
United States District Judge