MICHAEL O. LAMPHERE (California Bar No. 144219)
LAMPHERE LAW OFFICES
900 Larkspur Landing Circle, Suite 179
Larkspur, California 94939
Telephone: (415) 461-9727
Facsimile: (415) 461-9725

Attorneys for Plaintiffs
STEVEN H. SCHROEDER and
HENRY SCHROEDER
(a.k.a STEVEN HENRY SCHROEDER)

SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
LETITIA R. KIM (California Bar No. 200142)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Facsimile: (415) 436-6748
   Email: letitia.r.kim@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN H. SCHROEDER; HENRY SCHROEDER (a.k.a. STEVEN HENRY SCHROEDER),<br><br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA and CHRISTOPHER JOHNSON,<br><br>          Defendants. | Case No. C 06-4498 WHA<br><br>STIPULATION FOR DISMISSAL OF ACTION **WITH PREJUDICE**; [PROPOSED] ORDER |

## STIPULATION

The parties have settled this lawsuit. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to dismiss this action **with prejudice**.

Stip. for Dismissal w/Prej.; [Prop.] Order
Case No. C 06-4498 WHA                       -1-

| | |
|---|---|
| 1    Dated: July 20, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | |
| 4 | /s/ _____ |
| 5 | LETITIA R. KIM<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | |
| 7 | LAMPHERE LAW OFFICES |
| 8 | /s/ _____ |
| 9 | MICHAEL O. LAMPHERE<br>Attorneys for Plaintiffs |

Stip. for Dismissal w/Prej.; [Prop.] Order
Case No. C 06-4498 WHA  -2-

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated: July 22, 2007



_____
WILLIAM ALSUP
United States District Judge